**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENDURANCE MANAGEMENT LLC,<br>Plaintiff,<br><br>v.<br><br>JOSEPH KEELS,<br><br>Defendant. | Case No. 2:26-cv-08865-MCS-MBK<br><br>**JUDGMENT** |

Pursuant to the Court's Order Re: Motion to Dismiss and Motion to Compel Arbitration, it is ordered, adjudged, and decreed that judgment is entered in favor of Endurance Management LLC on its claim for declaratory relief. Joseph Keels shall arbitrate Endurance Management LLC's claims against him in the proceeding pending before the American Arbitration Association, AAA Case No. 01-25-0002-3822, or otherwise in accordance with the Consulting Agreement between Endurance Sports Management LLC and J&D Agency LLC.

**IT IS SO ORDERED.**

Dated: November 23, 2026

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE